# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

BETTY MEADOWS,

        Plaintiff,                    CIVIL NO.: 11-CV-1291 PAM/JJG

v.

ENCORE RECEIVABLE
MANAGEMENT, INC.,                      **ORDER FOR DISMISSAL**

        Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on June 16, 2011, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                                      **BY THE COURT:**

Dated:  June  20 , 2011                s/Paul A. Magnuson
                                                    The Honorable Paul A. Magnuson
                                                    Judge of United States District Court